United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

    Plaintiff,

  v.

DEPARTMENT OF DEFENSE,

    Defendant.

No. C 14-02166 WHA

**NOTICE RE ORAL ARGUMENT**

    For oral argument on Thursday, counsel will please be prepared to address the following two questions:

    1. What is the scope of the district court's review of the determination by the agency, based on the declaration of Amy Johnson, that the requested document falls under the exemption provided by Section 552(b)(4) of Title Five of the United States Code?

    2. To what extent should the undersigned judge review the requested document *in camera* to determine whether any part of that document is exempt from disclosure and whether any part thereof should be redacted?

Dated: November 4, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE