IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

    Plaintiff,

  v.

DEPARTMENT OF DEFENSE,

    Defendant.

No. C 14-02166 WHA

**ORDER RE STAY PENDING APPEAL DETERMINATION BY SOLICITOR GENERAL**

    On November 23, 2014, the undersigned judge ordered the agency to release Sikorsky's Comprehensive Subcontracting Plan to plaintiff by December 3, 2014. On December 2, 2014, the agency requested a stay until January 22, 2015, to preserve the status quo pending a determination by the Solicitor General as to whether an appeal should be taken.

    The agency's request for a stay is hereby **GRANTED**. The agency will release the document to plaintiff by **JANUARY 22, 2015**, subject only to appeal. There will be no further extensions. If the agency wants an additional stay beyond January 22, 2015, it must ask the court of appeals.

    **IT IS SO ORDERED.**

Dated: December 3, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE