IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

    Plaintiff,

  v.

DEPARTMENT OF DEFENSE,

    Defendant,

SIKORSKY AIRCRAFT CORPORATION

    Intervenor.

                                                 /

No. C 14-02166 WHA

**ORDER STAYING RULING PENDING APPEAL**

      The government has filed its notice of appeal of the order requiring it to turn over the document at issue by January 22, 2015 (Dkt. No. 28). That order is hereby **STAYED,** pending the outcome of the appeal.

    **IT IS SO ORDERED.**

Dated: January 21, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE