IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

    Plaintiff,

v.

DEPARTMENT OF DEFENSE,

    Defendant,

SIKORSKY AIRCRAFT CORPORATION

    Intervenor.

No. C 14-02166 WHA

**REQUEST FOR STATUS UPDATE REGARDING APPEAL**

The parties are hereby asked to provide the Court with a status update regarding the appeal (Dkt. No. 49).

**IT IS SO ORDERED.**

Dated: July 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE