IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN SMALL BUSINESS LEAGUE,

    Plaintiff,

v.

DEPARTMENT OF DEFENSE,

    Defendant.

No. C 14-02166 WHA

**ORDER TO SHOW CAUSE**

The Court has reviewed the recent notices of agency action (Dkt. Nos. 145, 148), the latter of which stated, "the Government has released the material to plaintiff American Small Business League. Release of the information resolves the sole remaining dispute in this case regarding the 2013 Comprehensive Subcontracting Plan." The parties are **ORDERED** to **SHOW CAUSE** in writing by **MARCH 30 AT NOON** why this action should not be dismissed.

**IT IS SO ORDERED.**

Dated: March 23, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE